

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In the Interest of M.P.B and L.C.B., children

Appellate case number:    01-19-00973-CV

Trial court case number:   2018-04477J

Trial court:                        313th District Court of Harris County

  Appellee, Department of Family & Protective Services, has requested an unopposed motion for extension of time to file its brief. The motion is **granted.** Appellee's brief is due April 13, 2020.

  It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
          Acting individually


Date:  April 7, 2020